BARKER, Appellant, v. CENTRAL PARK, N. & E. R. R. CO., Respondent.

(Common Pleas of New York City and County, General Term.   March 17, 1893.)

Appeal from trial term.
Action by Benjamin Barker against the Central Park, North & East River Railroad Company.
No opinion.  Judgment affirmed.

---

COLLINS et al., Respondents, v. NORTH SIDE PUB. CO., Appellant.

(Common Pleas of New York City and County, General Term.   March 17, 1893.)

Appeal from city court, general term.
Action by W. Newton Collins and another against the North Side Publishing Company.
William G. McCrea, for appellant.
Douglass & Minton, for respondents.
No opinion.  Order affirmed.  See 20 N. Y. Supp. 892.

---

PREBLE, Respondent, v. FRANKLIN, Appellant.

(Common Pleas of New York City and County, General Term.   March 17, 1893.)

Appeal from special term.
Action by John Q. Preble against William M. Franklin.
Franklin Bien, for appellant.
Campbell, Hotchkiss & Reiley, for respondent.
No opinion.  Order affirmed, with costs.

---

PULFER, Appellant, v. MAHLER, Respondent.

(Common Pleas of New York City and County, General Term.   March 17, 1893.)

Appeal from city court, general term.
Action by Bertha Pulfer against Michael Mahler.
Max Moses, for appellant.
H. P Marston, for respondent.
No opinion.  Judgment affirmed.

---

STREPPON, Respondent, v. LEONARD, Appellant.

(Common Pleas of New York City and County, General Term.   March 17, 1893.)

Appeal from city court, general term.
Action by Pasquale Streppon against William F. Leonard.
James Kearny, for appellant.
Ullo & Reubsamen, for respondent.
No opinion.  Judgment affirmed.

---

TOWNSEND et al., Appellants, v. HOTCHKISS, Respondent.

(Common Pleas of New York City and County, General Term.   March 18, 1893.)

Appeal from trial term.
Action by William A. Townsend and another against Philo P. Hotchkiss.
R. W. Newhall, for appellants.
Woodward & Mayer, for respondent.
No opinion.  Judgment affirmed, with costs.